# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROGER NELSON,

    Plaintiff,

v.                                                          CASE NO.  5:05cv52-RH/WCS

CORRECTIONS CORPORATION
OF AMERICA,

    Defendant.

_____/

## ORDER CONFIRMING SCHEDULE

Upon consideration of the parties' notices (documents 20 and 23) filed in compliance with paragraph 1 of the Scheduling and Mediation Order filed May 20, 2005 (document 17),

    IT IS ORDERED:

    The Scheduling and Mediation Order filed May 20, 2005 (document 17) remains in full force and effect.

    SO ORDERED this 27th day of June, 2005.

                                                            s/Robert L. Hinkle
                                                            Chief United States District Judge